DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHLEY MILTON,**
Appellant,

v.

**1951 BRANDYWINE, LCC,**
Appellee.

No. 4D21-331

[September 15, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case Nos. 502019CC013677XXXXMB and 502019AP000164CAXXMB.

Ashley Milton, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***